## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

DAYMON BURTON, by his mother     :
Mary Ann Carter,

                                  :

    Plaintiff,

                                  :

v.                                CA 15-00207-C

                                  :

LEPOLEAN PETERSON, individually
and in his official capacity as Principal    :
at A.L. Johnson High School,

                                  :

    Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Remand (doc. 7) be and the same hereby is **GRANTED**, and, as such, this case be **REMANDED** to the Circuit Court of Marengo County, Alabama, from whence it came.

**DONE** this the 23rd day of June 2015.

                  s/WILLIAM E. CASSADY
                  **UNITED STATES MAGISTRATE JUDGE**